U. S. DISTRICT COURT
Southern District of Ga.
Filed in Office
10:00 A.
June 25 2008
Deputy Clerk

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| GENERAL GEORGE SMALLS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV408-098 |
| CHATHAM COUNTY POLICE DEPARTMENT, OFFICER HIERONYMUS, OFFICER SUSAN CHAPLIN, and CHRISTINE WILLIAMS, | ) |
| Defendants. | ) |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 25th day of June, 2008.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA